**SELF INITIATED AMENDMENT**
Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Toole, George A | U.S.District Court | 05/15/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse<br>1 Courthouse Way, Room 4-710<br>Boston, Mass. 02210 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 (see note 1, Part VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY 21 A 10: 25
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2007 | Enterprise Bank, Lowell, MA (director's fees) |
| 2. 2007 | Raytheon Company (employment) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | West Legalworks | 3/11-312/2007 | Washington, D.C. | Patent Law Seminar | Transportation, lodging, meals. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Absolute Strategies Fund Int'l | A | Dividend | J | T | Buy | 10/30 | J | | |
| 2. Same | A | Dividend | J | T | Buy | 6/12 | J | | |
| 3. Same | A | Dividend | J | T | Buy | 1/03 | J | | |
| 4. | | | | | Buy | 2/05 | J | | |
| 5. Allied Capital common | A | Dividend | J | T | Buy | 2/05 | J | | |
| 6. Apache Corp. common | A | Dividend | J | T | | | | | |
| 7. Same | A | Dividend | J | T | | | | | |
| 8. Same | A | Dividend | J | T | Buy | 2/15 | J | | |
| 9. Avery Dennison common | A | Dividend | J | T | | | | | |
| 10. Bank of America common | B | Dividend | K | T | Sell (pt.) | 6/12 | J | D | |
| 11. Bank of America; various deposit accounts | A | Interest | K | T | | | | | |
| 12. BP PLC sponsored ADR | A | Dividend | J | T | | | | | |
| 13. Cisco Systems, Inc. common | | None | J | T | | | | | |
| 14. Constellation Brands Cl A | | None | J | T | | | | | |
| 15. Same | | None | J | T | | | | | See note 2, Part VIII |
| 16. CVS Caremark Corp. common | A | Dividend | K | T | | | | | See note 3, Part VIII |
| 17. Same | A | Dividend | J | T | Sell (pt.) | 6/12 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Same | A | Dividend | K | T | Sell (pt.) | 1/03 | J | A | |
| 19. Dentsply Int common | A | Dividend | J | T | | | | | |
| 20. Dreyfus Inst Cash Adv Fund | B | Interest | K | T | | | | | |
| 21. Same | A | Interest | J | T | | | | | |
| 22. Dreyfus Tax Exempt Cash Mgmt | A | Interest | L | T | | | | | |
| 23. Enterprise Bank & Trust Co. common | B | Dividend | L | T | | | | | |
| 24. Same | B | Dividend | L | T | Fee | var | J | | |
| 25. Equitable Resources, Inc. common | A | Dividend | K | T | | | | | |
| 26. Equity Residential SBI | A | Dividend | J | T | | | | | |
| 27. Same | A | Dividend | J | T | | | | | |
| 28. Same | A | Dividend | J | T | | | | | |
| 29. Expeditors Int'l of Washington com | A | Dividend | J | T | | | | | |
| 30. Exxon Mobil common | A | Dividend | K | T | | | | | |
| 31. First Data Corp. common | A | Dividend | | | Merger | 9/25 | J | A | See note 2, Part VIII |
| 32. Fiserv Inc. common | | None | J | T | | | | | |
| 33. Fortune Brands common | A | Dividend | J | T | | | | | |
| 34. Same | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Same | A | Dividend | J | T | | | | | |
| 36. General Electric Co. common | A | Dividend | J | T | | | | | |
| 37. Same | A | Dividend | J | T | | | | | |
| 38. Hussman Strategic Growth Fund | | None | J | T | Buy | 6/12 | J | | |
| 39. | | | | | Buy | 10/31 | J | | |
| 40. Same | | None | J | T | Buy | 6/12 | J | | |
| 41. | | | | | Buy | 10/31 | J | | |
| 42. IBM common | A | Dividend | J | T | | | | | |
| 43. iShares Lehman 7-10 yr. Treas. Bond Fund | A | Dividend | J | T | | | | | |
| 44. iShares Lehman 1-3 yr Treas. Bond Fund | B | Dividend | K | T | | | | | |
| 45. Same | A | Dividend | K | T | Buy | 1/03 | J | | |
| 46. | | | | | Buy | 2/05 | J | | |
| 47. iShares Nasdaq Biotech Fund | A | Dividend | J | T | | | | | |
| 48. Same | A | Dividend | J | T | | | | | |
| 49. iShares Russell 2000 Value Index Fund | A | Dividend | K | T | | | | | |
| 50. iShares TIPS Fund | A | Dividend | J | T | | | | | |
| 51. Johnson & Johnson common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Same | A | Dividend | J | T | | | | | |
| 53. Same | A | Dividend | J | T | | | | | |
| 54. Julius Baer Int'l Equity II Cl I | A | Dividend | J | T | Buy | 2/20 | J | | |
| 55. Same | A | Dividend | J | T | Buy | 2/21 | J | | |
| 56. | | | | | Buy | 10/31 | J | | |
| 57. Same | A | Dividend | J | T | Buy | 1/03 | J | | |
| 58. | | | | | Buy | 2/15 | J | | |
| 59. Kinetics Small Cap Oppties Inst'l | A | Dividend | J | T | | | | | |
| 60. Same | A | Dividend | J | T | | | | | |
| 61. Manulife Financial com | A | Dividend | K | T | | | | | |
| 62. Marshall Prime Money Market Fund | D | Interest | M | T | | | | | |
| 63. Same | A | Interest | J | T | | | | | |
| 64. MA St Const Ln Series B 5.0% due 6/1/07 | B | Interest | | | Matured | 6/01 | K | | |
| 65. MA St. Health & Educ. 4.2%, due 10/01/2009 | B | Interest | K | T | | | | | |
| 66. Ma St. Wtr Poll Abatement 4.2% due 8/01/2010 | B | Interest | K | T | | | | | |
| 67. Microsoft common | A | Dividend | J | T | | | | | |
| 68. Same | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Novartis AG Spnsrd ADR | A | Dividend | J | T | | | | | |
| 70. Oakmark Int Fund Cl 1 | A | Dividend | J | T | | | | | |
| 71. Same | A | Dividend | J | T | Buy | 2/21 | J | | |
| 72. Same | A | Dividend | J | T | Buy | 2/15 | J | | |
| 73. Peabody Energy Corp. common | A | Dividend | J | T | | | | | |
| 74. Same | A | Dividend | J | T | Buy | 2/15 | J | | |
| 75. Pepsico common | A | Dividend | J | T | | | | | |
| 76. Praxair, Inc. common | A | Dividend | K | T | | | | | |
| 77. Same | A | Dividend | J | T | | | | | |
| 78. Procter & Gamble Co. common | A | Dividend | K | T | | | | | |
| 79. Same | A | Dividend | K | T | | | | | |
| 80. ProLogis SBI | A | Dividend | J | T | Sell (pt.) | 2/20 | J | C | |
| 81. Same | A | Dividend | J | T | | | | | |
| 82. Raytheon common | B | Dividend | M | T | Vest | 6/01 | J | | See note 3, Part VIII |
| 83. Raytheon options | | None | M | T | Sell (pt.) | 6/01 | O | G | See note 4, Part VIII. |
| 84. Raytheon Savings and Investment Plan: | C | Int./Div. | M | T | | | | | |
| 85. -- Raytheon Stock Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Real Estate Securities Fund | | | | | | | | | |
| 87. -- BGI US Debt Index Fund | | | | | | | | | |
| 88. -- PIMCO Total Return Inst | | | | | | | | | |
| 89. -- Fidelity Inst Money Mkt | | | | | | | | | |
| 90. Regency Centers Corp. common | A | Dividend | J | T | | | | | |
| 91. Royal Dutch Petroleum Co. NY reg shrs | A | Dividend | K | T | | | | | |
| 92. Simon Property Group common | A | Dividend | K | T | | | | | |
| 93. Same | A | Dividend | J | T | | | | | See note 9, Part VIII |
| 94. Same | A | Dividend | J | T | Sell (pt.) | 2/05 | J | D | |
| 95. State Street Corp. common | A | Dividend | K | T | | | | | |
| 96. Stericycle, Inc. common | | None | J | T | | | | | |
| 97. Same | | None | J | T | | | | | |
| 98. Suncor Energy common | A | Dividend | J | T | Buy | 2/15 | J | | |
| 99. Templeton Global Bond Fund | A | Dividend | J | T | Buy | 2/20 | J | | |
| 100. Same | A | Dividend | K | T | Buy | 6/12 | J | | |
| 101. | | | | | Buy | 10/31 | J | | |
| 102. Same | B | Dividend | K | T | Buy | 1/03 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 2/05 | J | | |
| 104. Teva Pharmaceuticals | A | Dividend | J | T | | | | | |
| 105. Town of Carlisle MA Bond 5.00% due 6/15/08 | B | Interest | K | T | | | | | |
| 106. Wells Fargo & Co. common | A | Dividend | K | T | | | | | |
| 107. Same | A | Dividend | J | T | Sell (pt.) | 6/12 | J | B | |
| 108. Same | A | Dividend | J | T | | | | | |
| 109. Wisdomtree Small Cap Fund | A | Dividend | J | T | Buy | 6/12 | J | | |
| 110. Zimmer Holdings, Inc. common | | None | | | Sell | 10/30 | J | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. All of the assets held in the trust identified in Part I are individually listed in Part VII, although they are not individually identified to the trust.

2. Part VII, line 31: First Data was acquired by Kohlberg Kravis Roberts by merger and is now privately held. The reported amount was a distribution made on cancellation of the shares.

3. Part VII, line 82: The reported value is the value of that portion of restricted stock awarded as employment compensation to ▮▮▮▮ as to which the restrictions have lapsed, vesting ownership in her.

4. Part VII, line 83: ▮▮▮▮▮ sold some nonqualified options and retains others. The value shown in column C(1) is the estimated value of the retained options at the market price as of 12/31/2007.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 |
| Rev. 1/2008 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Toole, George A | U.S.District Court | 05/15/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse<br>1 Courthouse Way, Room 4-710<br>Boston, Mass. 02210 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 (see note 1, Part VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 20 A 10: 07 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Enterprise Bank, Lowell, MA (director's fees) |
| 2. 2007 | Raytheon Company (employment) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | West Legalworks | 3/11-312/2007 | Washington, D.C. | Patent Law Seminar | Transportation, lodging, meals. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Absolute Strategies Fund Int'l | A | Dividend | J | T | Buy | 10/30 | J | | |
| 2. Same | A | Dividend | J | T | Buy | 6/12 | J | | |
| 3. Same | A | Dividend | J | T | Buy | 1/03 | J | | |
| 4. | | | | | Buy | 2/05 | J | | |
| 5. Allied Capital common | A | Dividend | J | T | Buy | 2/05 | J | | |
| 6. Apache Corp. common | A | Dividend | J | T | | | | | |
| 7. Same | A | Dividend | J | T | | | | | |
| 8. Same | A | Dividend | J | T | Buy | 2/15 | J | | |
| 9. Avery Dennison common | A | Dividend | J | T | | | | | |
| 10. Bank of America common | B | Dividend | K | T | Sell (pt.) | 6/12 | J | D | |
| 11. Bank of America; various deposit accounts | A | Interest | K | T | | | | | |
| 12. BP PLC sponsored ADR | A | Dividend | J | T | | | | | |
| 13. Cisco Systems, Inc. common | | None | J | T | | | | | |
| 14. Constellation Brands Cl A | | None | J | T | | | | | |
| 15. Same | | None | J | T | | | | | See note 2, Part VIII |
| 16. CVS Caremark Corp. common | A | Dividend | K | T | | | | | See note 3, Part VIII |
| 17. Same | A | Dividend | J | T | Sell (pt.) | 6/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Same | A | Dividend | J | T | | | | | |
| 53. Same | A | Dividend | J | T | | | | | |
| 54. Julius Baer Int'l Equity II Cl I | A | Dividend | J | T | Buy | 2/20 | J | | |
| 55. Same | A | Dividend | J | T | Buy | 2/21 | J | | |
| 56. | | | | | Buy | 10/31 | J | | |
| 57. Same | A | Dividend | J | T | Buy | 1/03 | J | | |
| 58. | | | | | Buy | 2/15 | J | | |
| 59. Kinetics Small Cap Oppties Inst'l | A | Dividend | J | T | | | | | |
| 60. Same | A | Dividend | J | T | | | | | |
| 61. Manulife Financial com | A | Dividend | K | T | | | | | |
| 62. Marshall Prime Money Market Fund | D | Interest | M | T | | | | | |
| 63. Same | A | Interest | J | T | | | | | |
| 64. MA St Const Ln Series B 5.0% due 6/1/07 | B | Interest | | | Matured | 6/01 | K | | |
| 65. MA St. Health & Educ. 4.2%, due 10/01/2009 | B | Interest | K | T | | | | | |
| 66. Ma St. Wtr Poll Abatement 4.2% due 8/01/2010 | B | Interest | K | T | | | | | |
| 67. Microsoft common | A | Dividend | J | T | | | | | |
| 68. Same | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Novartis AG Spnsrd ADR | A | Dividend | J | T | | | | | |
| 70. Oakmark Int Fund Cl 1 | A | Dividend | J | T | | | | | |
| 71. Same | A | Dividend | J | T | Buy | 2/21 | J | | |
| 72. Same | A | Dividend | J | T | Buy | 2/15 | J | | |
| 73. Peabody Energy Corp. common | A | Dividend | J | T | | | | | |
| 74. Same | A | Dividend | J | T | Buy | 2/15 | J | | |
| 75. Pepsico common | A | Dividend | J | T | | | | | |
| 76. Praxair, Inc. common | A | Dividend | K | T | | | | | |
| 77. Same | A | Dividend | J | T | | | | | |
| 78. Procter & Gamble Co. common | A | Dividend | K | T | | | | | |
| 79. Same | A | Dividend | K | T | | | | | |
| 80. ProLogis SBI | A | Dividend | J | T | Sell (pt.) | 2/20 | J | C | |
| 81. Same | A | Dividend | J | T | | | | | |
| 82. Raytheon common | B | Dividend | M | T | Vest | 6/01 | J | | See note 3, Part VIII |
| 83. Raytheon options | | None | M | T | Sell (pt.) | 6/01 | O | G | See note 4, Part VIII. |
| 84. Raytheon Savings and Investment Plan: | C | Int./Div. | M | T | | | | | |
| 85. -- Raytheon Stock Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Real Estate Securities Fund | | | | | | | | | |
| 87. -- BGI US Debt I ndex Fund | | | | | | | | | |
| 88. -- PIMCO Total Return Inst | | | | | | | | | |
| 89. -- Fidelity Inst Money Mkt | | | | | | | | | |
| 90. Regency Centers Corp. common | A | Dividend | J | T | | | | | |
| 91. Royal Dutch Petroleum Co. NY reg shrs | A | Dividend | K | T | | | | | |
| 92. Simon Property Group common | A | Dividend | K | T | | | | | |
| 93. Same | A | Dividend | J | T | | | | | See note 9, Part VIII |
| 94. Same | A | Dividend | J | T | Sell (pt.) | 2/05 | J | D | |
| 95. State Street Corp. common | A | Dividend | K | T | | | | | |
| 96. Stericycle, Inc. common | | None | J | T | | | | | |
| 97. Same | | None | J | T | | | | | |
| 98. Suncor Energy common | A | Dividend | J | T | Buy | 2/15 | J | | |
| 99. Templeton Global Bond Fund | A | Dividend | J | T | Buy | 2/20 | J | | |
| 100. Same | A | Dividend | K | T | Buy | 6/12 | J | | |
| 101. | | | | | Buy | 10/31 | J | | |
| 102. Same | B | Dividend | K | T | Buy | 1/03 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 2/05 | J | | |
| 104. Teva Pharmaceuticals | A | Dividend | J | T | | | | | |
| 105. Town of Carlisle MA Bond 5.00% due 6/15/08 | B | Interest | K | T | | | | | |
| 106. Wells Fargo & Co. common | A | Dividend | K | T | | | | | |
| 107. Same | A | Dividend | J | T | Sell (pt.) | 6/12 | J | B | |
| 108. Same | A | Dividend | J | T | | | | | |
| 109. Wisdomtree Small Cap Fund | A | Dividend | J | T | Buy | 6/12 | J | | |
| 110. Zimmer Holdings, Inc. common | | None | | | Sell | 10/30 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. All of the assets held in the trust identified in Part I are individually listed in Part VII, although they are not individually identified to the trust.

2. Part VII, line 31: First Data was acquired by Kohlberg Kravis Roberts by merger and is now privately held. The reported amount was a distribution made on cancellation of the shares.

3. Part VII, line 82: The reported value is the value of that portion of restricted stock awarded as employment compensation to ███████ as to which the restrictions have lapsed, vesting ownership in her.

4. Part VII, line 83: ██████ sold some nonqualified options and retains others. The value shown in column C(1) is the estimated value of the retained options at the market price as of 12/31/2007.

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 05/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544